# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DORESA A. MANGUM,**
               **Plaintiff,**

**-vs-**                            **Case No. 6:07-cv-1224-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**
               **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES (Doc. No. 14)** |
| **FILED:** | **November 30, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The plaintiff, Doresa A. Mangum, seeks an award of attorney's fees, costs, and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on October 30, 2007. Doc. No. 13. As the plaintiff's motion is unopposed, an award of fees, costs, and expenses is ripe for consideration.[1]

---

[1] The EAJA requires a prevailing party to file an application for attorney's fees within thirty days of final judgment on the action. 28 U.S.C. § 2412(d)(1)(B). However, a judgment does not become final until the end of the sixty day period for filing an appeal. *Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993). Because the Commissioner has consented to this motion, the Court need

Mangum's attorney seeks $1,269.20 in attorney's fees for 7.6 hours of work performed in 2007.[2] Doc. No. 16 at 2. The EAJA sets a ceiling of $125.00 on the hourly rate at which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI). 28 U.S.C. § 2412(d)(2)(A). Mangum has presented an analysis of changes in the CPI that supports adjustment of the rate in this case to $167.00 per hour for work performed in 2007. Doc. No. 16 at 2. This leads to an award of $1,269.20 for work performed in this case (7.6 hours x $167.00 per hour). The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked. Doc. No. 14 at 2.

After reviewing the papers submitted by Mangum, I find that the fees requested are appropriate in the absence of objection.

Mangum also seeks reimbursement for $350.00 in costs and $3.55 in expenses. Doc. No. 16 at 3, 8. The Commissioner does not oppose these costs or expenses. I find that these costs and expenses were necessarily incurred, in the absence of objection.

---

not wait until the time for filing an appeal passes before ruling on the petition for attorney's fees.

[2] In reviewing the time sheets attached to attorney Rue's declaration, it appears that he has worked 7.9 hours in this case. However, he only seeks attorney's fees for 7.6 hours of work.

It is, therefore, **RECOMMENDED** that Mangum be awarded $1,269.20 in attorney's fees, $350.00 in costs, and $3.55 in expenses.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 6, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy