**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DORESA A. MANGUM,**
                  **Plaintiff,**

**-vs-**                                                  **Case No. 6:07-cv-1224-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**
                  **Defendant.**
_____

## **ORDER**

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. No. 14). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff Mangum is awarded $1,269.20 in attorney's fees, $350.00 in costs, and $3.55 in expenses.

It is **SO ORDERED** in Orlando, Florida, this 3rd day of January, 2008.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge